ANNIE B. TAYLOR v. JACK R. FOY AND CITY ELECTRIC COMPANY OF CHARLOTTE, INC.

No. 423A88

(Filed 5 April 1989)

APPEAL by plaintiff pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 91 N.C. App. 82, 370 S.E. 2d 442 (1988), vacating the judgment against the corporate defendant by *Brown (L. Stanley), J.,* at the 20 July 1987 session of District Court, MECKLENBURG County. Heard in the Supreme Court 13 March 1989.

*Ferguson, Stein, Watt, Wallas & Adkins, P.A., by Melvin L. Watt, for plaintiff-appellant.*

*No counsel contra.*

PER CURIAM.

Affirmed.